**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| THOMAS LIAM MURPHY, ESQ., MARK MIRANDA, GABRIELLE REED, ALEX PERRY, ESQ., CHARLES SUSTAITA, TREVOR PERRY, ESQ., JOY MORGAN, GRAHAM "MICKEY" MURPHY, DR. JAMES MORGAN, WALKER POST, SARA JESSICA-DILKS, CASSIDY HOOPER, TRAVIIS MASSENGALE, and JEFFREY ALLTON,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>PHANTOM TECHNOLOGIES, INC. and AUX CAYES FINTECH CO. LTD., d/b/a "OKX,"<br><br>                    Defendants. | 1:25-cv-03060-MMG<br><br>**NOTICE OF MOTION TO**<br><u>**DISQUALIFY COUNSEL**</u> |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated June 16, 2025, Defendant Phantom Technologies, Inc ("Phantom") will move this Court, before the Honorable Margaret M. Garnett, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 906, New York, New York 10007, at such date as the Court will determine, for an Order disqualifying Liam Murphy, Esq. as counsel for Plaintiffs, and for such other further relief this Court may deem just and proper.

Dated: New York, New York
June 16, 2025

                                        MORRISON COHEN LLP

                                        By:    */s/ Jason Gottlieb*
                                                    Jason Gottlieb
                                                    Daniel Isaacs
                                                    Emma McGrath
                                                    909 Third Avenue
                                                    New York, New York 10022
                                                    (212) 735-8600
                                                    jgottlieb@morrisoncohen.com
                                                    disaacs@morrisoncohen.com
                                                    emcgrath@morrisoncohen.com

                                      *Counsel for Defendant Phantom Technologies, Inc.*

CC: All counsel of record (via ECF)