USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS LIAM MURPHY, ESQ., et al.,

                Plaintiffs,

-against-

PHANTOM TECHNOLOGIES, INC., et al.,

                Defendants.

25-CV-03060 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Initial Pretrial Conference previously scheduled for June 25, 2025, is adjourned *sine die*. Discovery shall be stayed pending resolution of the Motion to Compel Arbitration filed by Defendant Phantom Technologies, Inc. (*see* Dkt. No. 16). After resolution of that motion, the Court will set a new date for an Initial Pretrial Conference, if necessary, to address the parties' proposed Civil Case Management Plan and other matters appropriate for such a conference.

      Regarding Defendant Aux Cayes Fintech Co. LTD, the docket in this case does not indicate that a summons was ever requested by Plaintiffs for this Defendant. Plaintiffs are hereby ORDERED to request a summons for this Defendant by no later than **June 30, 2025**, and, if and when a summons is issued, take all necessary steps to properly serve the summons and complaint, or properly request a waiver of service in accordance with Rule 4 of the Federal Rules of Civil Procedure. If Defendant Aux Cayes Fintech Co. LTD has not been properly served, or waived service, by **July 14, 2025**, Plaintiffs must file a letter on ECF requesting an extension of time and showing good cause for such extension. *See* Fed. R. Civ. P. 4(m). If these steps are not taken, or if good cause for extension of time is not shown, the Court may dismiss this action against

Defendant Aux Cayes Fintech Co. LTD for failure to prosecute, without further notice to any party.

Dated: June 23, 2025
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge